UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTEN LAURENT,

    Plaintiff,

v.                                               Case No. 3:19-cv-728-J-39JBT

STANDARD INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No. 17; Stipulation) filed on December 13, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

ORDERED:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of December, 2019.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record